IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                             CRIMINAL NO. 1:22-cr-00100-HSO-BWR

ROBERT PATRICK TERRELL

**ORDER GRANTING MOTION TO DISMISS
<u>ORIGINAL INDICTMENT AND CASE</u>**

On Motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the original Indictment and case in Criminal No. 1:22-cr-100-HSO-BWR against the Defendant, ROBERT PATRICK TERRELL, the Defendant having pled guilty and having been sentenced to a single count Information in Criminal No. 1:23-cr-79-HSO-RPM, the Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the original Indictment and case in Criminal No. 1:22-cr-100-HSO-BWR against the Defendant, ROBERT PATRICK TERRELL, is hereby dismissed without prejudice.

This the 21st day of November 2023.

                                       *s/ Halil Suleyman Ozerden*
                                       HALIL SULEYMAN OZERDEN
                                       UNITED STATES DISTRICT JUDGE